ALFRED A. FREUDENHEIM & CO., INC., Respondent, v. EASTERN SEABOARD STEEL INC. et al., Appellants.— Service of the bill of particulars was a basis for renewal of the motion for an examination of defendants before trial but not a proper basis of the motion for reargument. The procedure was improper and tended to avoid consideration of the items on the merits. Order unanimously reversed, without costs, and the motion denied without prejudice to a new motion by plaintiff for examination before trial. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, v. WIGODE BUILDING CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

EDWARD P. HURLEY, Respondent, v. ALFRED R. HURLEY et al., Appellants, et al., Defendants.— Appeal from order entered on or about April 21, 1952, unanimously dismissed without costs. Order entered on or about June 3, 1952, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

RUTH FEINERMAN, Respondent, v. EUGENE H. FEINERMAN, Appellant.— Order unanimously modified by denying the examination as to items 2(a) and 2(b) as unnecessary and, as so modified, affirmed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

ANNA FREUNDLICH, as Assignee of the Estate of RALPH A. FREUNDLICH, Deceased, Respondent, v. CITIZENS TRUST COMPANY OF SCHENECTADY et al., Appellants.— The explanation for opening the default is unsatisfactory and seems to be part of the tactics followed in this and allied litigation. On all the facts and circumstances disclosed, including vexatious delay and failure to show a meritorious cause of action, the order is unanimously reversed, with $10 costs and disbursements to appellants, and the motion, in all respects, denied. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.